IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01613-EWN-MEH

MORRIS L. REED,

    Plaintiff,

v.

CITY OF FRUITA, COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 27, 2008.**

    Plaintiff's Motion for the Clerk to send him a copy of the Scheduling Order [Filed May 22, 2008; Docket #39] is **granted**. The Clerk of the Court is directed to mail a copy of the Scheduling Order (docket #25) to Plaintiff with this Minute Order.