IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01613-EWN-MEH

MORRIS L. REED,

    Plaintiff,

v.

CITY OF FRUITA, COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2008.**

    Plaintiff has requested a stay of these proceedings until he is released from incarceration in South Dakota. Plaintiff's Motion to Stay Proceedings [Filed May 14, 2008; Docket #37] is **denied**. The Court understands that participating in these proceedings may be more difficult from Plaintiff's place of incarceration. However, it is Plaintiff's duty to prosecute this action. While some extensions of deadlines may be necessary, a complete stay is not. Accordingly, a Preliminary Pretrial Conference is set for Friday, **June 27, 2008 at 9:15 a.m.** Plaintiff shall appear by telephone by contacting Chambers at (303) 844-4507 at the designated time.

    Prior to the conference, Plaintiff shall provide his input to counsel for Defendant for the proposed preliminary pretrial order.