IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01613-EWN-MEH

MORRIS L. REED,

    Plaintiff,

v.

CITY OF FRUITA, COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2008.**

    Defendant's Motion to Strike Plaintiff's Initial Fed. R. Civ. P. 26(a)(1) Disclosures [Filed June 23, 2008; Docket #47] is **denied**. In its Order denying Plaintiff's Motion to Stay, the Court recognized that an extension of certain deadlines may be necessary to avoid prejudice to either party. Dock. #44. Accordingly, the Court will alleviate the prejudice to Defendants by Plaintiff's late disclosure by extending the discovery deadlines at the Preliminary Pretrial Conference set for June 27, 2008 at 9:15 a.m.